UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN VORRICE,

        Defendant.
_____/

Case No. 06-15736

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [28]

On April 21, 2015, the Magistrate Judge issued a Report and Recommendation (R&R) [28] recommending that the Court deny as moot Defendant's Request for a Hearing [23], sustain his objection to the writ of garnishment, and vacate the Writ of Continuing Garnishment as to the ELGA Credit Union [22]. No objection to the R&R [28] was filed. The Court has reviewed the record in this case. The R&R [28] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

    **IT IS ORDERED** that the Writ of Continuing Garnishment as to the ELGA Credit Union [22] is **VACATED**.

    **IT IS FURTHER ORDERED** that Defendant's Request for a Hearing [23] is **DENIED AS MOOT**.

    **SO ORDERED**.

                                  s/Arthur J. Tarnow
                                  Arthur J. Tarnow
Date: July 23, 2015           Senior United States District Judge